## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Scottsdale Insurance Company, et al.

          Plaintiff,

v.                  Case No.: 1:18−cv−06384
                 Honorable Matthew F. Kennelly

Chris Carpentry Co., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

   MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 7/16/2019. Motion to reset [95] is granted; the deposition of Mr. Yowalkowski is to be held on 8/7/2019. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.