THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CHRIS CARPENTRY CO., KRYSIEK )<br>YOWALKOWSKI, and JESSICA BRYJAK, )<br>as Administrator of the Estate of JAN BRYJAK, )<br>Deceased, )<br> )<br>    Defendants. ) | Case No.: 1:18-cv-06384<br>Honorable Matthew F. Kennelly |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Scottsdale Insurance Company ("Scottsdale"), Chris Carpentry Co., Krysiek Yowalkowski and Jessica Bryjak, as Administrator of the Estate of Jan Bryjak, stipulate in consideration of a negotiated settlement executed by them that Scottsdale's Amended Complaint for Declaratory Judgment and Counterclaims by Chris Carpentry Co. and Mr. Yowalkowski shall be dismissed with prejudice, each party to bear his/her/its own costs and fees.

DATE: March 8, 2021

By: /s/ Jonathan L. Schwartz
    Attorney for Scottsdale Insurance Company
    Jonathan L. Schwartz (ARDC #6287338)
    **Mailing Address:** P.O. Box 957, Buffalo, NY 14201
    **Physical Address:** 222 W. Adams St., Suite 2250,
    Chicago, IL 60606
    (312) 572-8411
    jschwartz@goldbergsegalla.com

By: /s/ Courtlan L. Coppler
    Attorneys for Chris Carpentry Co. and Yowalkowski
    Courtlan L. Coppler (ARDC #6281212)
    Martha Swatek (ARDC #62100225)
    SWATEK BUCKO LAW GROUP, LLC
    22 West State Street
    Geneva, IL 60134

        (630) 232-6440
        clc@swateklawgroup.com

By: /s/ Kent D. Sinson
       Attorney for Jessica Bryjak as Administrator of the Estate of Jan Bryjak
       Kent D. Sinson (ARDC #6196953)
       SINSON LAW GROUP
       100 N. LaSalle Street, Suite 1100
       Chicago, IL 60606
       (312) 332-2107
       kent@sinsonlawgroup.com